UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
TREAVOR WALTERS,                          Index No.: 08-CV-01059
                                                     (MGC)(GWG)
                Plaintiff,
                                          **RULE 7.1 STATEMENT**
       -against-

GREYHOUND, INC., METRO CLEVELAND
SECURITY AND SECURITY OFFICER
JOHN AND JOE DOE INDIVIDUALLY
AND AS SECURITY OFFICERS,

                Defendants.
---------------------------------X

   The defendant **METRO CLEVELAND SECURITY, INC. s/h/a METRO CLEVELAND SECURITY**, certifies, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it is not a publicly traded corporation; that it does not have a parent company nor is there any publicly held corporation that owns 10% or more of its stock.

Dated:   New York, New York
         March 7, 2008

                                    JONES HIRSCH CONNORS & BULL P.C.

                                    By: _____
                                        James P. Connors, Esq. (JPC-5421)
                                        Attorneys for Defendant
                                        **METRO CLEVELAND SECURITY, INC.
                                        s/h/a METRO CLEVELAND SECURITY**
                                        One Battery Park Plaza
                                        New York, New York  10004
                                        (212) 527-1000