## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

**DEBBIE SCHLOTTMAN**, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Dutchess County, New York.

On the 7th day of March, 2008, deponent served the within: **ANSWER** upon:

**LAW OFFICES OF EMDIN & RUSSELL**
Attorneys for Plaintiff
286 Madison Avenue, Suite 2002
New York, New York  10017
(212) 683-3995

at the addresse(s) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
**DEBBIE SCHLOTTMAN**

Sworn to before me this
7th day of March, 2008

_____
Notary Public

DEBORAH A. DERENZIS
Notary Public, State of New York
No. 01DE6089503
Qualified in Richmond County
Commission Expires March 24, 20_11_

E3866-719649.1