UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TREAVOR WALTERS,                            Index No.:  08-CV-01059
                                                        (MGC)(GWG)
                    Plaintiff,
                                            **NOTICE OF
                                            VOLUNTARY** Partial
        -against-                           **DISMISSAL**

GREYHOUND, INC., METRO CLEVELAND
SECURITY AND SECURITY OFFICER
JOHN AND JOE DOE INDIVIDUALLY
AND AS SECURITY OFFICERS,

                    Defendants.
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

    PLEASE TAKE NOTICE, that defendant METRO CLEVELAND SECURITY, INC., s/h/a METRO CLEVELAND SECURITY, hereby voluntarily dismisses the cross-claims asserted in its Answer pursuant to FRCP 41(c).

Dated:  New York, New York
        March 27, 2008

                                JONES HIRSCH CONNORS & BULL P.C
                                Attorneys for Defendant
                                **METRO CLEVELAND SECURITY, INC.
                                s/h/a METRO CLEVELAND SECURITY**
                                One Battery Park Plaza
                                New York, New York  10004
                                (212) 527-1000

                                By: _____
                                    Kevin M. Ryan, Esq.(KMR-8450)

TO: **LAW OFFICES OF EMDIN & RUSSELL**
    Attorneys for Plaintiff
    286 Madison Avenue, Suite 2002
    New York, New York  10017
    (212) 683-3995

So ordered: April 8, 2008

_____
USDJ