UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
TREVOR WALTERS,

             Plaintiff,

-against-

GREYHOUND LINES, INC., METRO
CLEVELAND SECURITY AND SECURITY
OFFICER JOHN AND JOE DOE
INDIVIDUALLY AND AS SECURITY
OFFICERS,

             Defendants.
------------------------------X

Index No.: 08-CV-01059
          (MGC)(GWG)

**RULE 7.1 STATEMENT**

    The defendant **GREYHOUND LINES, INC.**, certifies, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that:

    It is not a publicly traded corporation; however, its parent company, First Group, Ltd. is publicly traded on the London Stock Exchange.

Dated:   New York, New York
          April 29, 2008

                                    JONES HIRSCH CONNORS & BULL P.C.

                       By: _____
                                James P. Connors, Esq. (JPC-5421)
                                Attorneys for Defendant
                                **GREYHOUND LINES, INC.**
                                One Battery Park Plaza
                                New York, New York  10004
                                (212) 527-1000

E3866-722457.1