08/04/2008  09:55  12125834032                    EMDIN RUSSELL                    PAGE 02/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TREVOR WALTERS

                Plaintiff(s)     INDEX NO. 08 Civ. 01059 (MGC)

      -against-                    **STIPULATION OF**
                                              **DISCONTINUANCE**
GREYHOUND LINES, INC.
METRO CLEVELAND SECURITY AND
SECURITY OFFICER JOHN AND JOE DOE
INDIVIDUALLY AND AS SECURITY OFFICERS

                Defendant(s)
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, EMDIN and RUSSELL, LLP., Royce Russell, Esq., attorney for the plaintiff and JONES, HIRSCH, CONNORS and BULL, P.C., Kevin M. Ryan, Esq., attorney for defendants, that the action be discontinued with prejudice upon filing of this stipulation.

Dated:    New York, New York
         July 21, 2008

EMDIN & RUSSELL, LLP                    JONES HIRSCH CONNORS & BULL, P.C.

By: _____           By: _____
    ROYCE RUSSELL, ESQ                    KEVIN M. RYAN, ESQ.
Attorneys for Plaintiff                 Attorneys for Defendants
286 Madison Avenue, Ste. 2002           One Battery Park Plaza
New York, NY 10017                      New York, NY 10004

8/13/08

U.S.D.J.